IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR51 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DARALD W. SANDMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a motion for reduction of sentence pursuant to Federal Rule of Criminal Procedure 35(b) (Filing No.60) and Motion to Appoint Counsel (Filing No. 61).

IT IS ORDERED:

1. Counsel for the government shall notify the court when the motion for reduction in sentence pursuant to Rule 35(b) (Filing No. 60) is ripe. The motion will not be decided until counsel for the government certifies that the motion is ripe;

2. The Motion for Appointment of Counsel (Filing No. 61) is granted. Michael D. Nelson is appointed as counsel for the Defendant under the CJA Act.

3. The Federal Public Defender shall provide CJA counsel with a new voucher;

4. The Clerk of the Court shall provide a copy of this order to counsel for the government, counsel for the Defendant, and the Federal Public Defender.

DATED this 30th day of August, 2005.

BY THE COURT:

 s/ Laurie Smith Camp
United States District Judge